UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GILBANE FEDERAL,<br>　　　　　Plaintiff,<br>　　v.<br>UNITED INFRASTRUCTURE PROJECTS FZCO, et al.,<br>　　　　　Defendants. | Case No.  14-cv-03254-VC<br><br>**ORDER AUTHORIZING SERVICE OF PROCESS BY OTHER MEANS**<br>Re: Dkt. No. 19 |
|---|---|

　　　Gilbane Federal's *ex parte* application for an order authorizing service of process by other means is granted. Gilbane has established good cause for issuing service against defendants by email and through FedEx. Gilbane may serve the defendants, pursuant to Federal Rule of Civil Procedure, Rule 4(f)(h) and Rule 4(f)(3), using the email addresses and addresses provided in its application for this order (Docket No. 19).

　　　**IT IS SO ORDERED.**

Dated: August 29, 2014

_____
VINCE CHHABRIA
United States District Judge