UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBANE FEDERAL,<br>　　　　　Plaintiff,<br>　　v.<br>UNITED INFRASTRUCTURE PROJECTS FZCO, et al.,<br>　　　　　Defendants. | Case No. 14-cv-03254-VC<br><br>**ORDER DENYING TRO ENJOINING FOREIGN LITIGATION**<br>Re: Dkt. No. 22 |

　　　Gilbane Federal's *ex parte* application for a Temporary Restraining Order to enjoin foreign litigation is denied. Gilbane Federal has not established that the Court's denial of this TRO application, which the defendants have not yet had the opportunity to oppose, will lead to irreparable harm for Gilbane Federal. The Court will, however, hear Gilbane Federal's motion for anti-suit injunction on an expedited schedule. The hearing is set for September 18, 2014 at 2 p.m. The opposition brief from the defendants is due on Tuesday, September 9, and any reply brief is due on Monday, September 15.

　　　Gilbane must serve this order on defendants by email and FedEx, as laid out in the Court's Order Authorizing Service of Process by Other Means (Docket No. 26). Gilbane must also provide notice of this order to Robert Nichols of Covington and Burling LLP, who may be able to ensure that defendants are aware of this order.

　　　**IT IS SO ORDERED.**

Dated: August 29, 2014

_____
VINCE CHHABRIA
United States District Judge