UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBANE FEDERAL,<br>    Plaintiff,<br>    v.<br>UNITED INFRASTRUCTURE PROJECTS FZCO, et al.,<br>    Defendants. | Case No. 14-cv-03254-VC<br><br>**AMENDED ORDER RESETTING DATE FOR MOTION FOR CONTEMPT**<br><br>Re: Dkt. No. 53 |

Given that Gilbane has now collected its bank guarantee from the Bank or Beirut, the January 15, 2015 hearing on Gilbane's motion for contempt is continued until March 12, 2015. Defendants' opposition to Gilbane's contempt motion is due on February 19, 2015. Any reply is due on February 27, 2015.

Gilbane must serve this order on all defendants in the way the Court approved in its August 29, 2014 order (Dkt. No. 26).

**IT IS SO ORDERED**.

Dated: December 22, 2014

VINCE CHHABRIA
United States District Judge