UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBANE FEDERAL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED INFRASTRUCTURE PROJECTS FZCO, et al.,<br><br>    Defendants. | Case No. 14-cv-03254-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 42, 53, 56, 65 |

Because all defendants have now appeared and the case can proceed on its merits, the entry of default against the defendants (Dkt. No. 42) is set aside, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure. Accordingly, Gilbane's motion for default judgment (Dkt. No. 56) is denied.

Gilbane's motion for contempt (Dkt. No. 53) is denied without prejudice to refiling at the end of the case, or before then if the defendants continue to violate the Court's antisuit injunction (Dkt. No. 38), which remains in effect. If the defendants believe the antisuit injunction is improper in whole or in part, they should file a motion to lift or modify the injunction.

Service on all defendants is now proper, and the defendants have 21 days from the date of this order to answer or otherwise respond to the complaint.

Gilbane's motion to strike (Dkt. No. 65) is denied as moot.

A case management conference is set for April 21, 2015 at 10 a.m.

**IT IS SO ORDERED.**

Dated: March 26, 2015

_____

Vince Chhabria
United States District Judge