UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBANE FEDERAL F/K/A ITSI GILBANE CO., <br><br> Plaintiff, <br><br> v. <br><br> UNITED INFRASTRUCTURE PROJECTS FZCO, et al., <br><br> Defendants. | Case No. 14-cv-03254-VC <br><br> **JUDGMENT** |

In accordance with the Court's findings of fact and conclusions of law, judgment is entered as follows: (1) in favor of Gilbane and against UIP FZCO in the amount of $8,328,784; (2) in favor of Gilbane and against UIP Lebanon in the amount of $73,722.80; (3) against Gilbane and in favor of UIP Djibouti on the claim for attorneys' fees arising from a violation of the forum-selection clause.

**IT IS SO ORDERED.**

Dated: August 11, 2017

VINCE CHHABRIA
United States District Judge